UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TINA RAMIREZ, Plaintiff, v. WHITNEY CLARK, *et al.*, Defendants. | Case No. 3:26-cv-00770-MMD-CSD ORDER |

*Pro se* Plaintiff Tina Ramirez filed an application to proceed *in forma pauperis* (“IFP”) (ECF No. 1) and a complaint (ECF No. 1-1 (“Complaint”)). Before the Court is the Report and Recommendation (ECF No. 3 (“R&R”)) of United States Magistrate Judge Craig S. Denney, recommending that the Court grant the IFP application and dismiss this action without prejudice. Plaintiff had until November 6, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) (“De novo review of the magistrate judges’ findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.”) (emphasis in original). In the R&R, Judge Denney concludes that Plaintiff cannot pay the filing fee and therefore recommends granting the IFP application. (ECF Nos. 3 at 1-2; 1.) Judge Denney proceeds to screen the Complaint, which contains only one single conclusory sentence that the 33 named defendants violated Plaintiff’s first amendment rights in “denying access.” (ECF No. 3 at 4 (quoting ECF No. 1-1).) The Court agrees with Judge Denney that the Complaint fails to state a claim and should be dismissed without prejudice. (*Id.*)

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's IFP application (ECF No. 1) is granted. Plaintiff is not required to pay an initial installment of the filing fee. But even though this action is being dismissed, Plaintiff must still pay the full filing fee under 28 U.S.C. § 1915(b)(2).

It is further ordered that the Complaint (ECF No. 1-1) is dismissed without prejudice for failure to state a claim. The Clerk of Court is directed to file the Complaint (ECF No. 1-1) and closed the case accordingly.

DATED THIS 13th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE